Bellavia v King (2025 NY Slip Op 03406)

Bellavia v King

2025 NY Slip Op 03406

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., SMITH, GREENWOOD, DELCONTE, AND HANNAH, JJ.

131 CA 24-00771

[*1]DAVID G. BELLAVIA, PLAINTIFF-RESPONDENT,
v
DEANNA M. KING, FORMERLY KNOWN AS DEANNA M. BELLAVIA, DEFENDANT-APPELLANT. (APPEAL NO. 2.) 

HARTER SECREST & EMERY LLP, ROCHESTER (MICHELE R. DIFRANCO OF COUNSEL), FOR DEFENDANT-APPELLANT.
J. ADAMS & ASSOCIATES, PLLC, WILLIAMSVILLE (JOAN CASILIO ADAMS OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order and judgment (one paper) of the Supreme Court, Genesee County (Diane Y. Devlin, J.), entered March 27, 2024. The order and judgment, inter alia, granted plaintiff a money judgment against defendant. 
It is hereby ORDERED that the order and judgment so appealed from is unanimously affirmed without costs.
Same memorandum as in Bellavia v King ([appeal No. 1] — AD3d — [June 6, 2025] [4th Dept 2025]).
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court